Jacquelyne VELCOFF *v.* STATE of Arkansas

CR 05-950                                         219 S.W.3d 151

Supreme Court of Arkansas
Opinion delivered December 1, 2005

Appellant, pro se.

No response.

PER CURIAM. ■ In a *per curiam* entered in this case on October 6, 2005, appellant was directed to file an assertion of indigency, verified by a supporting affidavit, in order to determine her status as an indigent. A proper assertion and supporting affidavit have been filed. Therefore, we grant appellant's motion to proceed *in forma pauperis* and appoint Garry Corrothers to represent her in this appeal.